JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, INC. a/s/o YETI Coolers, LLC, Plaintiff,<br><br>v.<br><br>M/V CMA CGM NEW JERSEY Her engines, tackle, etc., in rem, and MAINFREIGHT, INC., in personam, Defendants.<br><br>MAINFREIGHT, INC., Third-Party Plaintiff,<br><br>v.<br><br>CONTAINERPORT GROUP, INC.; and ROES 1-10, Third-Party Defendants. | Case No. CV 19-10828 AB (Ex)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT has been advised by counsel that the above-entitled action has been settled. IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 7, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.